FILED
2010 NOV -4 P 1:12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF     CV 10 80 260 MISC

Nancy Behr Marmol - #087790

_____/

**ORDER TO SHOW CAUSE**

It appearing that Nancy Behr Marmol has been placed on court ordered inactive status and may not practice law while so enrolled effective August 14, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before December 10, 2010 as to why she should not be suspended from practice before this Court, pending further notice from the State Bar of California.

Dated:

_____
VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Nancy Behr Marmol
Attorney At Law
405 Sansome St Ste 400
San Francisco, CA 94111