1

2

**FILED**

3

DEC 23 2010

4

5

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   IN THE MATTER OF:                         No CV 10 80260 MISC VRW

10  Nancy Behr Marmol,

11       State Bar No 87790                         **ORDER**

12  _____/

13           On November 4, 2010, the court issued an order to show

14  cause (OSC) why Nancy Behr Marmol should not be removed from the

15  roll of attorneys authorized to practice law before this court,

16  based upon her inactive enrollment by the State Bar of California,

17  effective August 14, 2010.

18           The OSC was mailed to Ms Marmol's address of record with

19  the State Bar on November 8, 2010.  A written response was due on

20  or before December 10, 2010.  No response to the OSC has been filed

21  as of this date.

22           The court now orders Nancy Behr Marmol removed from the

23  roll of attorneys authorized to practice before this court.  The

24  clerk is directed to close the file.

25           IT IS SO ORDERED.

26

27                                       **VAUGHN R WALKER**
                                         **United States District Chief Judge**

28

*United States District Court*
*For the Northern District of California*

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Nancy Behr Marmol

_____/

Case Number: CV10-80260 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
Court, Northern District of California.

That on December 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing
said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office.

Nancy Behr Marmol
405 Sansome Street Ste 400
San Francisco, CA 94111

Dated: December 23, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*